Leslie B. Linquist, Administrator of Estate of Elin M. Linquist, Deceased, Plaintiff-Appellant, v. Illinois Central Railroad Company, and George Harzel, Defendants-Appellees.

**Gen. No. 10,793.** ▮

Second District.

May 19, 1955.

Released for publication June 8, 1955.

Baker, McKenzie, Hightower & Brainerd, and John R. Snively, for appellant; Michel A. Coccia, of counsel; Welsh & Welsh, and H. J. Deany, for appellees; C. K. Welsh, and H. J. Deany, of counsel. Opinion by JUSTICE CROW. **Not to be published in full.**